Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Los Gatos Mercantile, Inc. et al.

          Plaintiff(s),

v.

E.I. Dupont De Nemours and Company, et

          Defendant(s).

Case No: C13-01180HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Thomas P. Thrash, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Los Gatos Mercantile, Inc., et al in the above-entitled action. My local co-counsel in this case is Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1101 Garland Street<br>Little Rock, AR 72201 | 1871 The Alameda, Suite 425<br>San Jose, CA 95126 |
| MY TELEPHONE # OF RECORD:<br>(501) 374-1058 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 369-0800 |
| MY EMAIL ADDRESS OF RECORD:<br>tomthrash@sbcglobal.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AR 80147.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/21/13      *[signature]*    Thomas P. Thrash
                                                                               APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas P. Thrash is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/21/13                                                                *Susan Illston [signature]*
                                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

*Supreme Court*
# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas
in the Supreme Court

    I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Thomas Philitus Thrash was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on August 25, 1980; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

                        In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 21st day of March, 2013.

                        LESLIE W. STEEN
                  (CLERK SUPREME COURT OF ARKANSAS)

By _Rose Allen, DC_
Deputy Clerk