**18 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/18/13

Case No.   C-13-1180 SI           Judge:   SUSAN ILLSTON

Title: LOS GATOS MERCANTILE  -v- E.I. DUPON DE NEMOURS

Attorneys:

- Robert Hallman, Arnold & Porter for defendant Millennium
- James L. Cooper, Arnold & Porter for defendant Millennium
- Darin McAtee, Cravath, Swain & Moore for defendant DuPont
- Beatrice Nguyen, Crowell & Moring for defendant DuPont
- Kelly Vickers, Locke Lord, for defendant Kronos
- Jim Reeder, Vinson & Elkins, for defendant Huntsman
- Sandra and Jon Cuneo - Plaintiff
- Tom Thrash        - Plaintiff

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

**PROCEEDINGS**

1)   Telephone Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                                PART

Case continued to   @ 3:00 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
No answers shall be filed at this time pending further order of the Court.

The stipulation filed as Document #13 will not be signed at this time.