**18 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
AMENDED
<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>4/18/13</u>

Case No.   <u>C-13-1180 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>LOS GATOS MERCANTILE</u>  -v- <u>E.I. DUPON DE NEMOURS</u>

Attorneys:

- Robert Hallman, Arnold & Porter for defendant Millennium
- James L. Cooper, Arnold & Porter for defendant Millennium
- Darin McAtee, Cravath, Swain & Moore for defendant DuPont
- Beatrice Nguyen, Crowell & Moring for defendant DuPont
- Kelly Vickers, Locke Lord, for defendant Kronos
- Jim Reeder, Vinson & Elkins, for defendant Huntsman
- Sandra and Jon Cuneo - Plaintiff
- Tom Thrash        - Plaintiff

Deputy Clerk:  <u>Tracy Kasamoto</u> Court Reporter:<u> n/a</u>

**PROCEEDINGS**

1)   <u>Telephone Conference - HELD                                                              </u>

2)   <u>                                                                                          </u>

3)   <u>                                                                                          </u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                      PART

Case continued to   <u>7/12/13  @ 3:00 p.m.</u> for Further Case Management Conference

Case continued to    <u>@ 9:00 a.m.</u>   for Motions
(Motion due , Opposition  Reply )

Case continued to    <u>@ 3:30 p.m.</u>  for Pretrial Conference

Case continued to    <u>@ 8:30 a.m.</u>  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
No answers shall be filed at this time pending further order of the Court.

The stipulation filed as Document #13 will not be signed at this time.