| | |
|---|---|
| Beatrice B. Nguyen (CSB No. 172961)<br>bbnguyen@crowell.com<br>CROWELL & MORING LLP<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br><br>Shari Ross Lahlou (*Pro Hac Vice to be submitted*)<br>slahlou@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: 202.624.2500<br>Facsimile: 202.628.5116<br><br>Attorneys for Defendant<br>E. I. DU PONT DE NEMOURS AND COMPANY | Evan R. Chesler (admitted in N.D. Cal.)<br>echesler@cravath.com<br>Darin P. McAtee (*Pro Hac Vice to be submitted*)<br>dmcatee@cravath.com<br>Timothy G. Cameron (*Pro Hac Vice to be submitted*)<br>tcameron@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: 212.474.1000<br>Facsimile: 212.474.3700 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, FRED SWAIM, INC. d/b/a QUALITY AUTO PARTS, ACE HARDWARE OF SOUTH WALTON, INC., LEXINGTON HOME CENTER, LLC, R.F. COLE, INC. d/b/a BREWERS PAINT CENTER, CUSIMANO CARSTAR COLLISION, INC., and THE CARPETSHOPPE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS, INC.,<br><br>Defendants. | Case No. 3:13-cv-01180-SI<br><br>**NOTICE OF APPEARANCE OF BEATRICE B. NGUYEN** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE OF
BEATRICE B. NGUYEN;
Case No. 3:13-CV-01180-SI

DCACTIVE-23408299.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant E. I. du Pont de Nemours and Company and requests that all notices, order and/or other information in this case be served upon the individual identified below:

>   Beatrice B. Nguyen
>   Crowell & Moring LLP
>   275 Battery Street, 23rd Floor
>   San Francisco, California 94111
>   Telephone: 415.986.2800
>   Fax: 415.986.2827
>   Email: bbnguyen@crowell.com

Dated: June 3, 2013

CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

Beatrice B. Nguyen
Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-23408299.1

NOTICE OF APPEARANCE OF
BEATRICE B. NGUYEN;
Case No. 3:13-CV-01180-SI