Beatrice B. Nguyen (CSB No. 172961)
bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Shari Ross Lahlou (*Pro Hac Vice to be submitted*)
slahlou@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Evan R. Chesler (admitted in N.D. Cal.)
echesler@cravath.com
Darin P. McAtee (*Pro Hac Vice to be submitted*)
dmcatee@cravath.com
Timothy G. Cameron (*Pro Hac Vice to be submitted*)
tcameron@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212.474.1000
Facsimile: 212.474.3700

Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, FRED SWAIM, INC. d/b/a QUALITY AUTO PARTS, ACE HARDWARE OF SOUTH WALTON, INC., LEXINGTON HOME CENTER, LLC, R.F. COLE, INC. d/b/a BREWERS PAINT CENTER, CUSIMANO CARSTAR COLLISION, INC., and THE CARPETSHOPPE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS, INC.,<br><br>Defendants. | Case No. 3:13-cv-01180-SI<br><br>**DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

E. I. DU PONT DE NEMOURS AND COMPANY'S
CORPORATE DISCLOSURE STATEMENT;
Case No. 3:13-CV-01180-SI

DCACTIVE-23408283.1

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to rule 7.1 of the Federal Rules of Civil Procedure, Defendant E. I. du Pont de Nemours and Company ("DuPont") hereby discloses that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, DuPont hereby certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves are known by DuPont to have either: (i) a financial interest (or any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: June 3, 2013

CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

Beatrice B. Nguyen
Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

CROWELL
& MORING LLP
ATTORNEYS AT LAW

E. I. DU PONT DE NEMOURS AND COMPANY'S
CORPORATE DISCLOSURE STATEMENT;
Case No. 3:13-CV-01180-SI

DCACTIVE-23408283.1