Beatrice B. Nguyen (CSB No. 172961)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 365-7815
Facsimile:  (415) 986-2827
E-mail:  bbnguyen@crowell.com

Evan R. Chesler
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: echesler@cravath.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, et al.,<br><br>                              Plaintiffs,<br><br>           v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>                              Defendants. | Case No.: 13-cv-01180 (SI)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Evan R. Chesler, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, hereby enters an appearance on behalf of defendant E. I. du Pont de Nemours and Company in the above-captioned matter.

NOTICE OF APPEARANCE                                                                                    Case No. 13-cv-01180 (SI)

Dated:  June 3, 2013

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Evan R. Chesler
_____
Evan R. Chesler
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

NOTICE OF APPEARANCE                                  2                                  Case No. 13-cv-01180 (SI)