Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOS GATOS MERCANTILE, INC., et al )
　　　　　　　　Plaintiff(s), )
v. )
E.I. DUPONT DE NEMOURS AND COMPANY, et al )
　　　　　　　　Defendant(s). )

Case No: 13-CV-01180 SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kelly R. Vickers, an active member in good standing of the bar of Northern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Kronos Worldwide, Inc. in the above-entitled action. My local co-counsel in this case is Sally W. Mimms, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | 44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 740-8451 | (415) 318-8806 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kvickers@lockelord.com | smimms@lockelord.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24041827.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/28/13

　　　　　　　　　　　　　　　　　Kelly R. Vickers　　/s/ K.R.V.
　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Kelly R. Vickers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/13

　　　　　　　　　　　　　　　　　/s/ Susan Illston
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　October 2012

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## KELLY R. VICKERS

Bar Number:                               Date of Admission:

24041827                                  12/10/2003

Witness my official signature and the seal of this court.

Dated: April 25, 2013                     Karen Mitchell,
                                          Clerk of Court

                                          By: Elodia Brito
                                              Deputy Clerk