UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS GATOS MERCANTILE, INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>E.I DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>    Defendants. | Case No. 13-cv-01180-WHO<br><br>**ORDER REGARDING PRODUCTION OF DOCUMENTS AND SETTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the docket in this case and the parties' July 12, 2013 Joint Case Management Statement, the Court adopts the parties' stipulation and ORDERS the parties to comply with the following deadlines for production of documents filed in the Direct Purchaser Case:

**July 18, 2013**: Defendants shall provide any notices to plaintiffs' counsel and to persons and entities who are not parties to this action as required under the Stipulated Protective Order entered in the above-captioned matter and/or the Stipulated Protective Order entered in the Direct Purchaser Case.

**August 20, 2013**: Defendants shall produce to Plaintiffs, in unredacted form, all pleadings, motions, exhibits, and reports filed under seal or in redacted form in the Direct Purchaser Case for which no producing plaintiff or third party has raised an objection and sought appropriate relief as described in the Stipulated Protective Order entered in the above-captioned matter and/or the Stipulated Protective Order entered in the Direct Purchaser Case.

**January 24, 2014**: Defendants shall produce to Plaintiffs all documents previously produced by Defendants in the Direct Purchaser Case.

The Court also sets a Case Management Conference for January 28, 2014, in Courtroom 2, 17th Floor, San Francisco.

**IT IS SO ORDERED**.

Dated: July 19, 2013



_____
WILLIAM H. ORRICK
United States District Judge