Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
pgore@prattattorneys.com

Sandra Cuneo (SBN 110388)
CUNEO, GILBERT & LADUCA, LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939
Facsimile: (310) 582-5943
scuneo@cuneolaw.com

*Attorney for Plaintiffs and the Putative Class*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | No. 3:13-cv-01180-WHO<br><br>**PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL**<br><br>Hearing Date: October 23, 2013<br>Time:         2:00 p.m.<br>Courtroom:    Courtroom 2, 17th Floor<br>Judge:        William H. Orrick III |

For the reasons stated in the accompanying Memorandum of Law, Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace

Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar, Inc.; and The Carpet Shoppe, Inc. respectfully request that this Court enter an order appointing Jonathan W. Cuneo of Cuneo, Gilbert & LaDuca, LLP and Don Barrett of Barrett Law Group, P.A. as Interim Co-Lead Class Counsel and Ben F. Pierce Gore as Liaison Counsel pursuant to Federal Rule of Civil Procedure 23(g).

Dated: September 12, 2013                                      Respectfully submitted,

PRATT & ASSOCIATES                                             CUNEO GILBERT & LADUCA LLP

*/s/ Ben F. Pierce Gore*                                       */s/ Sandra Cuneo*
Ben F. Pierce Gore (SBN 128515)                                Sandra Cuneo (SBN 110388)
1871 The Alameda, Suite 425                                    CUNEO, GILBERT & LADUCA, LLP
San Jose, California 95126                                     11620 Wilshire Boulevard, Suite 900
Telephone:   (408) 369-0800                                    Los Angeles, CA 90025
Facsimile:    (408) 369-0752                                   Telephone:   (310) 582-5939
pgore@prattattorneys.com                                       Facsimile:    (310) 582-5943
                                                               scuneo@cuneolaw.com

Don Barrett (admitted *pro hac vice*)                          Jonathan W. Cuneo (admitted *pro hac vice*)
Barrett Law Group, P.A.                                        Joel Davidow (pro hac vice to be filed)
P.O. Box 927                                                   Katherine Van Dyck (admitted *pro hac vice*)
404 Court Square                                               Victoria Romanenko (admitted *pro hac vice*)
Lexington, MS 39095                                            507 C Street, N.E.
Telephone: (662) 834-2488                                      Washington, DC 20002
dbarrett@barrettlawgroup.com                                   Telephone:    (202) 789-3960
                                                               Facsimile:    (202) 789-1813
Charles F. Barrett  (admitted *pro hac vice*)                  jonc@cuneolaw.com
Charles Barrett, P.C.                                          joel@cuneolaw.com
6518 Highway 100, Suite 210                                    kvandyck@cuneolaw.com
Nashville, TN 37205                                            vicky@cuneolaw.com
Telephone:   (615) 515-3393
Facsimile:    (615) 515-3395
Email: charles@cfbfirm.com

Thomas P. Thrash (admitted *pro hac vice*)                     Dewitt Lovelace
Marcus N. Bozeman                                              Lovelace & Associates, P.A.
Thrash Law Firm, P.A.                                          12870 US Hwy 98 West, Ste. 200
1101 Garland Street                                            Miramar Beach, FL 32550
Little Rock, AR 72201                                          Telephone: (850) 837-6020
Telephone: (501) 374-1058                                      dml@lovelacelaw.com

| | |
|---|---|
| tomthrash@sbcglobal.net | |
| bozemanmarcus@sbcglobal.net | |
| | |
| Shawn M. Raiter | Phillip Duncan |
| Larson • King, LLP | Richard Quintus |
| 2800 Wells Fargo Place | Duncan Firm, P.A. |
| 30 East Seventh Street | 900 S. Shackleford, Suite 725 |
| St. Paul, MN 55101 | Little Rock, AR 72211 |
| Telephone: (651) 312-6500 | Telephone: (501) 228-7600 |
| sraiter@larsonking.com | phillip@duncanfirm.com |
| | richard@duncanfirm.com |
| Gerard V. Mantese | |
| Mantese Honigman Rossman & | |
| Williamson, P.C. | |
| 1361 E. Big Beaver Road | |
| Troy, Michigan 48083 | |
| Telephone:   (248) 457-9200 | |
| Facsimile:    (248) 457-9201 | |
| gmantese@manteselaw.com | *Attorneys for Plaintiffs and the Putative Class* |