Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
pgore@prattattorneys.com

Sandra Cuneo (SBN 110388)
CUNEO, GILBERT & LADUCA, LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939
Facsimile: (310) 582-5943
scuneo@cuneolaw.com

*Attorney for Plaintiffs and the Putative Class*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al., | |
| Plaintiffs, | No. 3:13-cv-01180-WHO |
| v. | **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL** |
| E.I. DUPONT DE NEMOURS AND COMPANY, et al., | Hearing Date: October 23, 2013<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 2, 17th Floor<br>Judge: William H. Orrick III |
| Defendants. | |

Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware, Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar, Inc.; and The Carpet Shoppe, Inc. ("Plaintiffs") submit this memorandum of law in support of their motion to appoint interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). As described in more detail below, counsel for Plaintiffs have agreed that Jonathan W. Cuneo of Cuneo, Gilbert & LaDuca LLP and Don Barrett of Barrett Law Group, P.A. satisfy the criteria for leadership set forth in Rule 23(g)(1)(A) and have attached a proposed order that appoints Mssrs. Cuneo and Barrett as Interim Co-Lead Counsel and Ben F. Pierce Gore as Liaison Counsel for Plaintiffs and the Proposed Classes (as defined in the Complaint filed on March 15, 2013) under Rule 23(g)(3).

## ARGUMENT

Appointment of multiple lead counsel for a class is appropriate in complex cases such as this one that require a great deal of resources. *See In re Tyco Intern., Ltd.,* 2000 WL 1513772, at *2 (D. N.H. 2000); *In re Oxford Health Plans, Inc. Secs. Litig.*, 182 F.R.D. 42, 46 (S.D. N.Y. 1998). In addition, "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." FED. R. CIV. P. 23(g)(3). This "clarifies responsibility for protecting the interests of the class during precertification activities . . . ." *In re Mun. Derivatives Antitrust Litig.*, 252 F.R.D. 184, 185 (S.D.N.Y. 2008) (*quoting* MANUAL FOR COMPLEX LITIG. (FOURTH) § 21.11 (2004). Rule 23 dictates that courts must look to the following factors when considering motions such as this:

> (i) the work counsel has done in identifying or investigating potential claims in the action;

        (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

        (iii) counsel's knowledge of the applicable law; and

        (iv) the resources that counsel will commit to representing the class;

FED. R. CIV. P. 23(g)(1)(A). Counsel must also "fairly and adequately represent the interests of the class." FED. R. CIV. P. 23(g)(4). A review of these factors confirms that the proposed Interim Co-Lead Counsel are well qualified to serve as lead counsel and are "best able to represent the interests of the class" of indirect purchaser plaintiffs. FED. R. CIV. P. 23(g)(2).

As previously indicated, counsel for Plaintiffs have unanimously agreed on a structure to represent the interests of the members of that putative class. Plaintiffs' counsel all ask that the Court appoint the following as Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes:

    Jonathan W. Cuneo, Esq.
    Cuneo Gilbert & LaDuca, LLP
    507 C Street, N.E.
    Washington, DC 20002
    (*Declaration of Jonathan W. Cuneo attached as Exhibit A*)

    Don Barrett, Esq.
    Barrett Law Group, P.A.
    P.O. Box 927
    404 Court Square North
    Lexington, MS 39095
    (*Affidavit of Don Barrett attached as Exhibit B*)

Plaintiffs also propose the following to serve as Liaison Counsel:

    Ben F. Pierce Gore
    Pratt & Associates
    1871 The Alameda, Suite 425
    San Jose, California 95126

This "private ordering" process is the preferred and most common method for selecting interim class counsel structures. *In re Cmty. Bank of N. Virginia Mortg. Lending Practices Litig.*, 2011 WL 4382942, at *2 (W.D. Pa. 2011); MANUAL at § 21.272.  The unanimous support for this structure demonstrates the already cooperative and collaborative approach taken by counsel in the above-captioned matter, and as discussed in greater detail below, this proposed leadership team is well-qualified and prepared to lead the litigation to represent the interests of Plaintiffs and the thousands of class members in existence during each year of the conspiracy period.

> **1.    Proposed Interim Co-Lead Counsel Have Worked to Identify and Investigate Potential Claims in the Action**.

Proposed Co-Lead Counsel have already invested significant time and resources in this litigation, preparing the Complaint, handling discovery disputes, and closely monitoring the related lawsuit by direct purchasers in the District of Maryland – *In re Titanium Dioxide Antitrust Litigation*, No. 1:10-cv-00318-RDB.  Mssrs. Cuneo and Barrett (as well as their respective firms, Cuneo Gilbert & LaDuca, LLP and Barrett Law Group, P.A.) have investigated the facts and thoroughly researched and analyzed the complex issues that they anticipate will arise in this case.  Plaintiffs' counsel have also engaged in numerous conferences to efficiently advance the interests of these class members and attended hearings, both in this action and in the direct purchaser case.  These lawyers and firms are well aware of the immense complexities, factual and legal, in this case as well as the large time commitment involved.  Knowing these facts, each firm chose to enter this litigation without hesitation, and Proposed Interim Co-Lead Counsel are prepared to invest the time and other resources that are necessary to efficiently bring this litigation to a successful conclusion.

### 2. Proposed Interim Co-Lead Counsel Have Significant Experience Handling Class Actions, Other Complex Litigation, and Claims of the Type Asserted in This Action.

Proposed Interim Co-Lead Counsel provide a wealth of litigation, leadership, claims resolution, and strategy experience. Each has successfully lead large, multidistrict litigation and has a demonstrated ability to organize and manage large litigation and to do so cooperatively with counsel for all of the involved parties. (*See* Ex. A and B). Other federal courts have recognized as much by appointing these attorneys to leadership positions in other MDLs and class actions. *Id.* This leadership also has extensive trial experience. This includes trying class actions to verdict, something many attorneys lack.

Cuneo Gilbert & LaDuca, LLP devotes the majority of its practice to the representation of clients involved in antitrust, securities, corporate governance, consumer protection, and products liability complex and class action litigation. The firm has achieved success for a range of clients, by: helping to recover billions of dollars in shareholder litigation, obtaining compensation for Holocaust survivors, working to recover hundreds of millions of dollars for homeowners with defective construction materials, and, in several jurisdictions, ending the unconstitutional practice of jails' subjecting minor law violators to unnecessary strip searches. The firm has years of experience litigating and prosecuting complex class action such as this case, including such cases as the *Enron Securities Litigation* where more than $7 billion was recovered for defrauded investors and CertainTeed's defective organic shingles litigation where the firm served as Co-lead Counsel in an MDL that secured a settlement valued at more than $700 million.

Don Barrett and the Barrett Law Group, P.A. also have vast experience litigating and trying complex class actions. (Ex. B). Mr. Barrett maintains a nationwide complex civil litigation practice, including antitrust class action litigation and has significant experience shepherding large scale class actions to successful conclusions. *Id.* He has served as lead counsel or as a member of the executive committee in numerous antitrust class action cases and has the valuable, and rare, experience of successfully trying several certified class actions to verdict. *Id.*

### 3. Proposed Interim Co-Lead Counsel Have Significant Antitrust Experience.

Jonathan Cuneo and Cuneo Gilbert & LaDuca, LLP have particularly deep antitrust experience. (Ex. A). Mr. Cuneo previously worked as an attorney in the Office of the General Counsel of the Federal Trade Commission and worked as counsel to the Subcommittee on Monopolies and Commercial law of the U.S. House of Representative's Committee on the Judiciary. *Id.* He also serves as General Counsel and Legislative Representative of the Committee to Support the Antitrust Laws and previously served as General Counsel of the National Association of Shareholder and Consumer Attorneys. *Id.* He is also the co-editor of a textbook: THE INTERNATIONAL HANDBOOK OF PRIVATE ENFORCEMENT OF COMPETITION LAW (Edward Elgar Publishing Inc., 2010). Finally, Mr. Cuneo is interim co-lead counsel in *In re Automotive Parts Antitrust Litigation*, MDL No. 2311, representing a putative class of thousands of automobile dealers bringing 12 separate complaints stemming from the largest investigation in the history of the U.S. Department of Justice's Antitrust Division.

Also working on the present litigation at Mr. Cuneo's firm is Joel Davidow, one of the country's most experienced and distinguished antitrust lawyers. (Ex. A). Mr. Davidow worked

at the U.S. Federal Trade Commission, followed by 15 years in the Antitrust Division of the Department of Justice, where he eventually served as Chief of the Foreign Commerce Section and then Director of Policy and Planning. *Id.* Mr. Davidow has been a partner in several firms that advised and represented major corporations. *Id.* Mr. Davidow has been an adjunct Professor of Law at George Washington University School of Law, Columbia Law School, Georgetown Law Center, American University Law School, and George Mason University Law School, where he has taught courses in antitrust, regulation, and international competition policy. *Id.* Mr. Davidow is also the author of the ANTITRUST GUIDE FOR INTERNATIONAL BUSINESS ACTIVITIES (BNA, 4th ed. 2011). *Id.*

Mr. Barrett serves as co-lead counsel with Mr. Cuneo in *In re Automotive Parts Antitrust Litigation*. *Id*. He also represented the State of Mississippi in its effort to recover monies lost by Mississippi consumers, and by the state itself, as a result of an alleged price-fixing conspiracy among infant formula manufacturers and was co-counsel for plaintiffs in state court class-actions in 13 state court actions involving this same price-fixing conspiracy. (Ex. B). Finally, the Barrett Law Group together with other firms across the country have sued several brand name pharmaceutical manufacturers for engaging in anti-competitive conduct aimed at keeping generic drug manufacturers off the market.

This experience demonstrates that Proposed Interim Co-Lead Counsel are well-suited to represent Plaintiffs and the Proposed Classes during the pre-certification process and beyond.

**4.     Proposed Interim Co-Lead Counsel Have Sufficient Resources to Advance the Litigation in a Timely Manner.**

Each of these firms is capable of committing the resources needed for this litigation during the entirety of its duration. They collectively have 25 lawyers and many more legal

support staff. This number does not include Liaison Counsel or other co-counsel who also represent Plaintiffs in this matter and will be working with Proposed Interim Co-Lead Counsel during this litigation. To be sure, this litigation will be properly staffed with capably experienced attorneys, paralegals, and other legal professionals.

Proposed Interim Co-Lead Counsel are well-established firms with the financial wherewithal to support the litigation comfortably and without stress. Moreover, as stated previously, Proposed Interim Co-Lead Counsel have served in leadership roles in various other antitrust class actions, as well as other complex and resource-intensive litigations, and are knowledgeable about the resources necessary to adequately litigate this type of case. These firms and attorneys are also well versed in the various legal issues pertaining to Rule 23 class certification in this type of antitrust case. As demonstrated by Proposed Interim Co-Lead Counsel's work in the other class actions they have successfully prosecuted, they have the necessary resources to prosecute this action and will devote those resources to the prosecution of this action in a manner that best serves the interests of the class members.

## CONCLUSION

Proposed Interim Co-Lead Counsel and their firms' collective experience litigating and managing class action and antitrust lawsuits ensures that they will "fairly and adequately represent the interests of the [proposed] class[es]." FED. R. CIV. P. 23(g)(4). Mssrs. Cuneo and Barrett are well respected in their chosen fields, and Plaintiffs' proposed structure provides the most efficient means of provisioning the legal work, strategy, and decision-making. Having highly experienced Interim Co-Lead Counsel will benefit Plaintiffs and the Proposed Classes by organizing the prosecution of their claims efficiently and by avoiding disputes and duplication

that can arise with a more complex leadership structure. In addition, counsel for all of the Plaintiffs support entry of the proposed order with the proposed structure. Based on the foregoing, Plaintiffs respectfully request that this Court enter the attached order granting their motion to appoint Jonathan Cuneo and Don Barrett as Interim Co-Lead Counsel and Ben F. Pierce Gore as Liaison Counsel in the above-captioned matter.

Dated: September 12, 2013                                  Respectfully submitted,

| PRATT & ASSOCIATES | CUNEO GILBERT & LADUCA LLP |
|---|---|
| */s/ Ben F. Pierce Gore* | */s/ Sandra Cuneo* |
| Ben F. Pierce Gore (SBN 128515) | Sandra Cuneo (SBN 110388) |
| 1871 The Alameda, Suite 425 | CUNEO, GILBERT & LADUCA, LLP |
| San Jose, California 95126 | 11620 Wilshire Boulevard, Suite 900 |
| Telephone:  (408) 369-0800 | Los Angeles, CA 90025 |
| Facsimile:    (408) 369-0752 | Telephone:  (310) 582-5939 |
| pgore@prattattorneys.com | Facsimile:    (310) 582-5943 |
| | scuneo@cuneolaw.com |
| Don Barrett (admitted *pro hac vice*) | Jonathan W. Cuneo (admitted *pro hac vice*) |
| Barrett Law Group, P.A. | Joel Davidow (pro hac vice to be filed) |
| P.O. Box 927 | Katherine Van Dyck (admitted *pro hac vice*) |
| 404 Court Square | Victoria Romanenko (admitted *pro hac vice*) |
| Lexington, MS 39095 | 507 C Street, N.E. |
| Telephone: (662) 834-2488 | Washington, DC 20002 |
| dbarrett@barrettlawgroup.com | Telephone:     (202) 789-3960 |
| | Facsimile:      (202) 789-1813 |
| Charles F. Barrett  (admitted *pro hac vice*) | jonc@cuneolaw.com |
| Charles Barrett, P.C. | joel@cuneolaw.com |
| 6518 Highway 100, Suite 210 | kvandyck@cuneolaw.com |
| Nashville, TN 37205 | vicky@cuneolaw.com |
| Telephone:  (615) 515-3393 | |
| Facsimile:    (615) 515-3395 | |
| Email: charles@cfbfirm.com | |
| Thomas P. Thrash (admitted *pro hac vice*) | Dewitt Lovelace |
| Marcus N. Bozeman | Lovelace & Associates, P.A. |
| Thrash Law Firm, P.A. | 12870 US Hwy 98 West, Ste. 200 |
| 1101 Garland Street | Miramar Beach, FL 32550 |
| Little Rock, AR 72201 | Telephone: (850) 837-6020 |

Telephone: (501) 374-1058
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

Gerard V. Mantese
Mantese Honigman Rossman &
Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone:    (248) 457-9200
Facsimile:    (248) 457-9201
gmantese@manteselaw.com

dml@lovelacelaw.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

*Attorneys for Plaintiffs and the Putative Class*

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL
CASE NO. 13-CV-01180 (WHO)                                                      Page 10 of 10