# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | No. 3:13-cv-01180-WHO<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Upon consideration of Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar, Inc.; and The Carpet Shoppe, Inc.'s ("Plaintiffs") Motion for Telephonic Case Management Conference, it is hereby ORDERED that Plaintiffs' motion is GRANTED and an interim Case Management Conference is hereby set for October 8, 2013. It is further ORDERED that Counsel may appear via telephone.

Dated: September 23, 2013

_____
Hon. William H. Orrick
United States District Judge