# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LOS GATOS MERCANTILE, et al.,

    Plaintiff(s),

v.

E. I. DU PONT DE NEMOURS AND COMPANY, et al.,

    Defendant(s).

Case No: 3:13-cv-01180

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Shari Ross Lahlou**, an active member in good standing of the bar of **District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **E. I. du Pont de Nemours and Company** in the above-entitled action. My local co-counsel in this case is **Beatrice B. Nguyen**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Crowell & Moring LLP | Crowell & Moring LLP |
| 1001 Pennsylvania Ave. N.W. | 275 Battery Street, 23rd Floor |
| Washington, D.C. 20004 | San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 624-2679 | (415) 365-7815 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| slahlou@crowell.com | bbnguyen@crowell.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **476630**.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/26/13

    /s/ Shari Ross Lahlou
    APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of **Shari Ross Lahlou** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 30, 2013

    UNITED STATES MAGISTRATE JUDGE

*GRANTED* — Judge William H. Orrick