Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LOS GATOS MERCANTILE, INC., dba LOS GATOS ACE HARDWARE, FRED SWAIM, INC. dba QUALITY AUTO PARTS, ACE HARDWARE OF SOUTH WALTON, INC., LEXINGTON HOME CENTER, LLC, R.F. COLE, INC. dba BREWERS PAINT CENTER, CUSIMANO CARSTAR COLLISION, INC., and THE CARPETSHOPPE, INC., on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

E.I. DUPONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant(s).

Case No: 13-CV-01180 WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Noah L. Browne__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Millennium Inorganic Chemicals, Inc.__ in the above-entitled action. My local co-counsel in this case is __Robert D. Hallman__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Arnold & Porter LLP<br>555 12th Street, NW<br>Washington, D.C. 20004 | Arnold & Porter LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 942-5671 | (415) 471-3100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Noah.Browne@aporter.com | robert.hallman@aporter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __995322__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/30/13

/s/ Noah L. Browne
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Noah L. Browne__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## NOAH LANE BROWNE

was on **JUNE 3, 2013** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **SEPTEMBER 26, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk