UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** October 8, 2013 | **Time:** 7 minutes<br>3:06 p.m. to 3:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 13-cv-01180-WHO | **Case Name:** Los Gatos Mercantile, Inc v. E.I DuPont De Nemours and Company | |

**Attorney for Plaintiff:** Pierce Gore (appearing personally), Jonathan W. Cuneo and Katherine VanDyck (appearing telephonically)
**Attorney for Defendant:** Ryan Watts, Robert Hallman, Kelly Vickers, Paul Coggins, James Reeder, and Shari Ross-Lathau (appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

PROCEEDINGS

Case Management Conference conducted. Parties discuss anticipated litigation activity. Plaintiff to file an Amended Complaint incorporating information from the related case pending in Maryland, in which a settlement agreement has been reached. It is anticipated that the parties will adhere to the current case management schedule. The case management schedule proposed by the Case Management Statement (Doc. 44) is adopted. Parties advise that the pending motion for appointment of lead counsel is unopposed. Court to review and determine whether an order on the pleadings would be appropriate prior to the October 23, 2013 scheduled hearing.

Further Case Management Conference set for **January 28, 2014 at 2:00 p.m.**