**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | No. 3:13-cv-01180-WHO <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL** |

Upon consideration of Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar, Inc.; and The Carpet Shoppe, Inc.'s ("Plaintiffs") Motion to Appoint Interim Lead Counsel, the points and authorities therein, and any opposition thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

1. Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following as Interim Co-Lead Counsel for Plaintiffs and proposed classes of indirect purchasers (as defined in the Complaint filed on March 15, 2013). Interim Co-Lead Counsel may act on behalf of Plaintiffs and the Proposed Classes in the above-captioned matter:

   Jonathan W. Cuneo, Esq.
   Cuneo Gilbert & LaDuca, LLP

507 C Street, N.E.
Washington, DC 20002

Don Barrett, Esq.
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095

2. Interim Co-lead Counsel shall have sole authority over the following matters on behalf of Plaintiffs and the Proposed Classes: (a) convening meetings of counsel; (b) initiation, response, scheduling, briefing and argument of all motions; (c) the scope, order and conduct of all discovery proceedings; (d) such work assignments to other counsel as they may deem appropriate; (e) the retention of experts; (f) designation of which attorneys may appear at hearings and conferences with the Court; (g) the timing and substance of any settlement negotiations with Defendants; (h) other matters concerning the prosecution of or resolution of their respective cases.

3. Only Interim Co-Lead Counsel may initiate or file any motions on behalf of Plaintiffs in the above captioned matter.

4. Interim Co-Lead Counsel have sole authority to communicate with Defendants' counsel and the Court on behalf of all Plaintiffs and the Proposed Classes. Defendants' counsel may rely on all agreements made with Interim Co-Lead Counsel and such agreements shall be binding on all Plaintiffs and their counsel in this matter.

5. Interim Co-Lead Counsel shall coordinate Plaintiffs' litigation activities in this matter. That coordination shall include avoiding duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery.

6. Interim Co-Lead Counsel shall coordinate with counsel for all Plaintiffs.

7. The Court also hereby appoints the following as Liaison Counsel:

        Ben F. Pierce Gore
        Pratt & Associates
        1871 The Alameda, Suite 425
        San Jose, California 95126

8. Liaison Counsel shall have the administrative duty of receiving and sending pleadings and communications with the Court and with Defendants and disseminating the same among Plaintiffs' counsel.

9. All counsel for Plaintiffs shall avoid duplication and inefficiency. All parties retain the right to object to duplicative discovery.

10. Notwithstanding the foregoing, each party reserves its right to (a) obtain the information to which it is entitled by means of the Federal Rules of Civil Procedure; and (b) pursue the relief requested, or its defenses.

11. All Plaintiffs' counsel must keep contemporaneous time records and periodically submit records and expenses to Interim Co-Lead Counsel or their designee.

Dated: October 18, 2013

                           Hon. William H. Orrick III
                           United States District Judge