Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:  (408) 369-0800
Facsimile:   (408) 369-0752
pgore@prattattorneys.com

Sandra Cuneo (SBN 110388)
CUNEO, GILBERT & LADUCA, LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone:   (310) 582-5939
Facsimile:   (310) 582-5943
scuneo@cuneolaw.com

*Attorney for Plaintiffs and the Putative Class*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al,<br>        Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>        Defendants. | No. 3:13-cv-01180-WHO<br><br>**PLAINTIFF MORGAN TANNER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**PLAINTIFF** Morgan Tanner hereby files this Certification of Interested Entities or Persons, pursuant to Northern District of California Local Rule 3-16.  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | |
|---|---|
| Dated: November 11, 2013 | Respectfully submitted, |

PRATT & ASSOCIATES                                  CUNEO GILBERT & LADUCA LLP

/s/ Ben F. Pierce Gore                                       /s/ Sandra Cuneo
Ben F. Pierce Gore (SBN 128515)                  Sandra Cuneo (SBN 110388)
1871 The Alameda, Suite 425                         CUNEO, GILBERT & LADUCA, LLP
San Jose, California 95126                              11620 Wilshire Boulevard, Suite 900
Telephone:   (408) 369-0800                           Los Angeles, CA 90025
Facsimile:    (408) 369-0752                            Telephone:   (310) 582-5939
pgore@prattattorneys.com                              Facsimile:    (310) 582-5943
                                                                         scuneo@cuneolaw.com
Don Barrett (admitted *pro hac vice*)
Barrett Law Group, P.A.                                  Jonathan W. Cuneo (admitted *pro hac vice*)
P.O. Box 927                                                    Joel Davidow (*pro hac vice* to be filed)
404 Court Square                                             Katherine Van Dyck (admitted *pro hac vice*)
Lexington, MS 39095                                      Victoria Romanenko (admitted *pro hac vice*)
Telephone: (662) 834-2488                             507 C Street, N.E.
dbarrett@barrettlawgroup.com                        Washington, DC 20002
                                                                         Telephone:     (202) 789-3960
Charles F. Barrett  (admitted *pro hac vice*)   Facsimile:      (202) 789-1813
Charles Barrett, P.C.                                        jonc@cuneolaw.com
6518 Highway 100, Suite 210                          joel@cuneolaw.com
Nashville, TN 37205                                        kvandyck@cuneolaw.com
Telephone:   (615) 515-3393                            vicky@cuneolaw.com
Facsimile:    (615) 515-3395
Email: charles@cfbfirm.com                           Dewitt Lovelace
                                                                         Lovelace & Associates, P.A.
Thomas P. Thrash (admitted *pro hac vice*)   12870 US Hwy 98 West, Ste. 200
Marcus N. Bozeman                                        Miramar Beach, FL 32550
Thrash Law Firm, P.A.                                    Telephone: (850) 837-6020
1101 Garland Street                                        dml@lovelacelaw.com\
Little Rock, AR 72201
Telephone: (501) 374-1058                             Phillip Duncan
tomthrash@sbcglobal.net                               Richard Quintus
bozemanmarcus@sbcglobal.net                    Duncan Firm, P.A.
                                                                         900 S. Shackleford, Suite 725
Shawn M. Raiter                                             Little Rock, AR 72211
Larson • King, LLP                                         Telephone: (501) 228-7600
2800 Wells Fargo Place                                  phillip@duncanfirm.com
30 East Seventh Street                                    richard@duncanfirm.com
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

PLAINTIFF MORGAN TANNER'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS CASE
NO. 13-CV-01180 (WHO)                                                                              Page 2 of 3

1  Gerard V. Mantese
2  Mantese Honigman Rossman &
   Williamson, P.C.
3  1361 E. Big Beaver Road
   Troy, Michigan 48083
4  Telephone:   (248) 457-9200          *Attorneys for Plaintiffs and the Putative*
5  Facsimile:    (248) 457-9201          *Class*
   gmantese@manteselaw.com
6

28  PLAINTIFF MORGAN TANNER'S CERTIFICATION OF
    INTERESTED ENTITIES OR PERSONS CASE
    NO. 13-CV-01180 (WHO)                                        Page 3 of 3