Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:  (408) 369-0800
Facsimile:   (408) 369-0752
pgore@prattattorneys.com

Sandra Cuneo (SBN 110388)
CUNEO, GILBERT & LADUCA, LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone:   (310) 582-5939
Facsimile:    (310) 582-5943
scuneo@cuneolaw.com

*Attorney for Plaintiffs and the Putative Class*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al, <br>        Plaintiffs, <br><br> v. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY, et al., <br><br>        Defendants. | No. 3:13-cv-01180-WHO <br><br> **PLAINTIFF WILLIAM AVILES'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**PLAINTIFF** William Aviles hereby files this Certification of Interested Entities or Persons, pursuant to Northern District of California Local Rule 3-16.  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: William Aviles is the sole owner of William Aviles Hardwood Floors.

Dated: November 11, 2013                                              Respectfully submitted,

PRATT & ASSOCIATES                                    CUNEO GILBERT & LADUCA LLP

*/s/ Ben F. Pierce Gore*                                              */s/ Sandra Cuneo*
Ben F. Pierce Gore (SBN 128515)                  Sandra Cuneo (SBN 110388)
1871 The Alameda, Suite 425                      CUNEO, GILBERT & LADUCA, LLP
San Jose, California 95126                       11620 Wilshire Boulevard, Suite 900
Telephone:  (408) 369-0800                       Los Angeles, CA 90025
Facsimile:   (408) 369-0752                      Telephone:  (310) 582-5939
pgore@prattattorneys.com                         Facsimile:   (310) 582-5943
                                                 scuneo@cuneolaw.com
Don Barrett (admitted *pro hac vice*)
Barrett Law Group, P.A.                          Jonathan W. Cuneo (admitted *pro hac vice*)
P.O. Box 927                                     Joel Davidow (*pro hac vice* to be filed)
404 Court Square                                 Katherine Van Dyck (admitted *pro hac vice*)
Lexington, MS 39095                              Victoria Romanenko (admitted *pro hac vice*)
Telephone: (662) 834-2488                        507 C Street, N.E.
dbarrett@barrettlawgroup.com                     Washington, DC 20002
                                                 Telephone:     (202) 789-3960
Charles F. Barrett  (admitted *pro hac vice*)    Facsimile:     (202) 789-1813
Charles Barrett, P.C.                            jonc@cuneolaw.com
6518 Highway 100, Suite 210                      joel@cuneolaw.com
Nashville, TN 37205                              kvandyck@cuneolaw.com
Telephone:  (615) 515-3393                       vicky@cuneolaw.com
Facsimile:    (615) 515-3395
Email: charles@cfbfirm.com                       Dewitt Lovelace
                                                 Lovelace & Associates, P.A.
Thomas P. Thrash (admitted *pro hac vice*)       12870 US Hwy 98 West, Ste. 200
Marcus N. Bozeman                                Miramar Beach, FL 32550
Thrash Law Firm, P.A.                            Telephone: (850) 837-6020
1101 Garland Street                              dml@lovelacelaw.com\
Little Rock, AR 72201
Telephone: (501) 374-1058                        Phillip Duncan
tomthrash@sbcglobal.net                          Richard Quintus
bozemanmarcus@sbcglobal.net                      Duncan Firm, P.A.
                                                 900 S. Shackleford, Suite 725
Shawn M. Raiter                                  Little Rock, AR 72211
Larson • King, LLP                               Telephone: (501) 228-7600
2800 Wells Fargo Place                           phillip@duncanfirm.com

PLAINTIFF WILLIAM AVILES'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS CASE
NO. 13-CV-01180 (WHO)                                                         Page 2 of 3

30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

Gerard V. Mantese
Mantese Honigman Rossman &
Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone:   (248) 457-9200
Facsimile:    (248) 457-9201
gmantese@manteselaw.com

richard@duncanfirm.com

*Attorneys for Plaintiffs and the Putative Class*

PLAINTIFF WILLIAM AVILES'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS CASE
NO. 13-CV-01180 (WHO)                                                    Page 3 of 3