Beatrice B. Nguyen (CSB No. 172961)
bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Shari Ross Lahlou (*Admitted Pro Hac Vice*)
slahlou@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, FRED SWAIM, INC. d/b/a QUALITY AUTO PARTS, ACE HARDWARE OF SOUTH WALTON, INC., LEXINGTON HOME CENTER, LLC, R.F. COLE, INC. d/b/a BREWERS PAINT CENTER, CUSIMANO CARSTAR COLLISION, INC., and THE CARPETSHOPPE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS, INC.,<br><br>Defendants. | Case No. 3:13-cv-01180-WHO<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, TO EXCEED PAGE LIMITS, AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:   Honorable William H. Orrick |

STIP. RE: SCHEDULE, PG. LIMITS FOR MOT. TO DISMISS, AND CASE MGMT. CONF.;
Case No. 3:13-CV-01180-WHO

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Error! Unknown document property name.

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, this Stipulation and [Proposed] Order is entered into by and between Plaintiffs, Los Gatos Mercantile, Inc., d/b/a Los Gatos Ace Hardware; Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar Collision; Inc.; The Carpet Shoppe, Inc.; Morgan Tanner; and William Aviles (collectively, "Plaintiffs"), and Defendants E. I. du Pont de Nemours and Co., Huntsman International LLC, Kronos Worldwide, Inc., and Millennium Inorganic Chemicals, Inc. (collectively, "Defendants").

WHEREAS, Plaintiffs filed their original class action complaint in this action on March 15, 2013, and filed their first amended class action complaint ("First Amended Complaint") on November 4, 2013;

WHEREAS, Defendants' answers or responses to the First Amended Complaint are currently due on December 19, 2013;

WHEREAS, the parties agree and stipulate to an extension until January 24, 2014, for Defendants to answer or otherwise respond to the First Amended Complaint;

WHEREAS, the parties agree and stipulate to a briefing schedule on a motion to dismiss filed by Defendants;

WHEREAS, continuing the Case Management Conference until after briefing on Defendants' motion to dismiss is complete would promote judicial economy and efficiency and facilitate productive case management;

WHEREAS, the Case Management Conference and related deadlines have been rescheduled only once thus far, by agreement of the parties to permit Plaintiffs to file an amended complaint;

WHEREAS, the parties respectfully request that the Court continue the Case Management Conference and related deadlines until after the briefing on the motion to dismiss is complete;

WHEREAS, the parties further request that the Court expand the page limitations for the motion to dismiss briefing;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. Defendants' answers or motion to dismiss will be due on or before January 24, 2014.

2. Plaintiffs' opposition to Defendants' motion to dismiss will be due on or before March 7, 2014.

3. Defendants' reply in support of a motion to dismiss will be due on or before April 4, 2014.

4. Defendants' motion to dismiss may include up to 60 pages.

5. Plaintiffs' opposition to Defendants' motion to dismiss may include up to 75 pages.

6. Defendants' reply in support of a motion to dismiss may include up to 35 pages.

7. The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued from January 10, 2014, to April 16, 2014.

8. The last day for the parties to file the Rule 26(f) Report, complete their initial disclosures or objections thereto, and file the Case Management Statement is continued from January 24, 2014, to April 23, 2014.

9. The Case Management Conference shall be continued from January 28, 2014, to a suitable date following the completion of briefing on Defendants' motion to dismiss.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIP. RE: SCHEDULE, PG. LIMITS FOR MOT. TO DISMISS, AND CASE MGMT. CONF.;
Case No. 3:13-CV-01180-WHO

Error! Unknown document property name.

| | | |
|---|---|---|
| 1 | Dated: December 18, 2013 | */s/ Beatrice B. Nguyen* |
| 2 | | Beatrice Nguyen (CSB No. 172961) |
| | | bbnguyen@crowell.com |
| 3 | | **CROWELL & MORING LLP** |
| | | 275 Battery Street, 23rd Floor |
| 4 | | San Francisco, CA  94111 |
| | | Telephone: (415) 986-2800 |
| 5 | | Facsimile: (415) 986-2827 |

Shari Ross Lahlou
slahlou@crowell.com
Lucy Grace D. Noyola
lnoyola@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Defendant
E.I. DU PONT DE NEMOURS AND COMPANY

Dated: December 18, 2013        */s/ James A. Reeder*

James Arthur Reeder, Jr.
jreeder@velaw.com
Erica L. Krennerich
ekrennerich@velaw.com
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: (713) 758-2202
Facsimile: (713) 615-5947

Counsel for Defendant
HUNTSMAN INTERNATIONAL, LLC

**Error! Unknown document property name.**

| | | |
|---|---|---|
| 1 | Dated: December 18, 2013 | */s/ Paul Edward Coggins* |
| 2 | | Paul Edward Coggins |
| | | pcoggins@lockelord.com |
| 3 | | Kelly Rothermel Vickers |
| | | kvickers@lockelord.com |
| 4 | | **LOCKE LORD LLP** |
| | | 2200 Ross Avenue, Suite 2200 |
| 5 | | Dallas, TX 75201 |
| | | Telephone: (214) 740-8000 |
| 6 | | Facsimile: (214) 740-8800 |
| 7 | | Counsel for Defendant |
| | | KRONOS WORLDWIDE, INC. |

Dated: December 18, 2013    */s/ James Cooper*

James Cooper
james.cooper@aporter.com
Ryan Z. Watts
ryan.watts@aporter.com
**ARNOLD AND PORTER LLP**
555 Twelfth Street NW
Washington, DC  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Robert D. Hallman (No. 239949)
rhallman@aporter.com
**ARNOLD AND PORTER LLP**
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3100
Facsimile: (415) 471-3400

Counsel for Defendant
CRISTAL USA INC., FORMERLY MILLENNIUM INORGANIC CHEMICALS, INC.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIP. RE: SCHEDULE, PG. LIMITS FOR MOT. TO DISMISS, AND CASE MGMT. CONF.;
Case No. 3:13-CV-01180-WHO

**Error! Unknown document property name.**

Dated: December 18, 2013          */s/ Jonathan W. Cuneo*

Jonathan W. Cuneo, Esq.
jonc@cuenolaw.com
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

Don Barrett, Esq.
dbarrett@barrettlawgroup.com
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488

Interim Co-Lead Counsel for Plaintiffs

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 18, 2013 _____          */s/ Beatrice B. Nguyen*

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below in bold.** Accordingly:

(a) Defendants' answers or motion to dismiss will be due on or before January **22**, 2014;

(b) Plaintiffs' opposition to Defendants' motion to dismiss will be due on or before March **5**, 2014;

(c) Defendants' reply in support of a motion to dismiss will be due on or before April **2**, 2014;

(d) Defendants' motion to dismiss and Plaintiffs' opposition to Defendants' motion to dismiss each may include up to **40** pages;

(e) Defendants' reply in support of a motion to dismiss may include up to **15** pages;

(f) Defendants' motion to dismiss will be heard on **April 23, 2014 at 2:00 p.m.**

(g) The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued from January 10, 2014, to April **9**, 2014;

(h) The last day for the parties to file the Rule 26(f) Report, complete their initial disclosures or objections thereto, and file the Case Management Statement is continued from January 24, 2014, to April **16**, 2014; and

1    (i) The Case Management Conference shall be continued from January 28, 2014 to **April 23, 2014 at 2:00 p.m.**

Dated: December 19, 2013_
_____

_____
Hon. William H. Orrick
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-7-

STIP. RE: SCHEDULE, PG. LIMITS FOR MOT. TO
DISMISS, AND CASE MGMT. CONF.;
Case No. 3:13-CV-01180-WHO

**Error! Unknown document property name.**