Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Shari Ross Lahlou (*Pro Hac Vice*, slahlou@crowell.com)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, FRED SWAIM, INC. d/b/a QUALITY AUTO PARTS, ACE HARDWARE OF SOUTH WALTON, INC., LEXINGTON HOME CENTER, LLC, R.F. COLE, INC. d/b/a BREWERS PAINT CENTER, CUSIMANO CARSTAR COLLISION, INC., and THE CARPETSHOPPE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS, INC.,<br><br>Defendants. | Case No. 5:13-cv-01180-BLF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Dept:     Courtroom 3, 5th Floor<br>Judge:    Honorable Beth Labson Freeman |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL OF COUNSEL;
Case No. 5:13-CV-01180-BLF

DCACTIVE-28975599.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), Michael L. Kuppersmith of the law firm of Crowell & Moring LLP hereby withdraws his appearance as counsel for E. I. du Pont de Nemours and Company in the above-captioned action. E. I. du Pont de Nemours and Company continues to be represented by the law firm of Crowell & Moring LLP.

Dated: September 2, 2014

CROWELL & MORING LLP

*/s/ Michael L. Kuppersmith*

Attorney for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

NOTICE OF WITHDRAWAL OF COUNSEL;
Case No. 5:13-CV-01180-SI

DCACTIVE-28975599.1