1  Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
   CROWELL & MORING LLP
2  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
3  Telephone: 415.986.2800
   Facsimile: 415.986.2827
4
5  Shari Ross Lahlou (*Pro Hac Vice*, slahlou@crowell.com)
   CROWELL & MORING LLP
6  1001 Pennsylvania Avenue, N.W.
   Washington, DC 20004
   Telephone: 202.624.2500
7  Facsimile: 202.628.5116

8  Attorneys for Defendant
   E. I. DU PONT DE NEMOURS AND COMPANY
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  LOS GATOS MERCANTILE, INC. d/b/a          Case No. 5:13-cv-01180-BLF
    LOS GATOS ACE HARDWARE, FRED
15  SWAIM, INC. d/b/a QUALITY AUTO            **STIPULATION AND [PROPOSED]
    PARTS, ACE HARDWARE OF SOUTH              ORDER CONTINUING CASE
16  WALTON, INC., LEXINGTON HOME              MANAGEMENT CONFERENCE AND
    CENTER, LLC, R.F. COLE, INC. d/b/a        EXTENDING PLAINTIFFS' TIME TO
17  BREWERS PAINT CENTER,                     FILE SECOND AMENDED COMPLAINT**
    CUSIMANO CARSTAR COLLISION,
18  INC., and THE CARPETSHOPPE, INC.,         [Civil L. R. 6-1(b); 6-2(a); and 7-12]
    on behalf of themselves and all others
19  similarly situated,

20                    Plaintiffs,

21          v.

22  E. I. DU PONT DE NEMOURS AND
    COMPANY, HUNTSMAN
23  INTERNATIONAL LLC, KRONOS
    WORLDWIDE, INC., and MILLENNIUM
24  INORGANIC CHEMICALS, INC.,

25                    Defendants.

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER;
Case No. 5:13-CV-01180-BLF

DCACTIVE-29344327.1

1   WHEREAS, the plaintiffs filed a complaint on March 15, 2013 [Dkt. No. 1], and a first

2   amended complaint on November 4, 2013 [Dkt. No. 62];

3   WHEREAS, the defendants filed a motion to dismiss the first amended complaint on

4   January 22, 2014 [Dkt. No. 70];

5   WHEREAS, the Court heard the defendants' motion to dismiss on July 10, 2014 [Dkt.

6   No. 99];

7   WHEREAS, the Court issued its Order Granting Motion to Dismiss in Part with Leave to

8   Amend on September 22, 2014 [Dkt. No. 105];

9   WHEREAS, the Court ordered the plaintiffs to file their second amended complaint on or

10  before October 13, 2014 [Dkt. No. 105];

11  WHEREAS, because the Court will be closed on October 13, 2014, in observance of

12  Columbus Day, the parties have agreed that the plaintiffs will have until October 14, 2014, to file

13  their second amended complaint;

14  WHEREAS, there is a Further Case Management Conference scheduled for October 16,

15  2014, at 1:30 p.m. [Dkt. No. 103];

16  WHEREAS, continuing the Further Case Management Conference until November 20,

17  2014, would facilitate a more productive conference because the defendants will have had an

18  opportunity to review the second amended complaint before the parties have to file a joint case

19  management conference statement; and

20  WHEREAS, with the Further Case Management Conference continued to November 20,

21  2014, the Joint Case Management Conference Statement would be due on or before

22  November 13, 2014;

23  **IT IS HEREBY STIPULATED AND AGREED** that:

24  1.   The Case Management Conference scheduled for October 16, 2014, be continued

25  to November 20, 2014, at 1:30 p.m.

26  2.   The Joint Case Management Conference Statement will be due on or before

27  November 13, 2014.

28  3.   The plaintiffs will have until October 14, 2014, to file their second amended

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER;
Case No. 5:13-CV-01180-BLF

DCACTIVE-29344327.1DCACTIVE-29344327.1

complaint.

Dated:  October 9, 2014                    PRATT & ASSOCIATES


                                           _/s/ Ben F. Pierce Gore_
                                           Ben F. Pierce Gore (SBN 128515)
                                           1871 The Alameda, Suite 425
                                           San Jose, California 95126
                                           Telephone:   (408) 369-0800
                                           Facsimile:    (408) 369-0752
                                           pgore@prattattorneys.com


Don Barrett (admitted *pro hac vice*)          Jonathan W. Cuneo (admitted *pro hac vice*)
Barrett Law Group, P.A.                        Joel Davidow (*pro hac vice* to be filed)
P.O. Box 927                                   Katherine Van Dyck (admitted *pro hac vice*)
404 Court Square                               Victoria Romanenko (admitted *pro hac vice*)
Lexington, MS 39095                            507 C Street, N.E.
Telephone: (662) 834-2488                      Washington, DC 20002
dbarrett@barrettlawgroup.com                   Telephone:    (202) 789-3960
                                               Facsimile:     (202) 789-1813
Charles F. Barrett  (admitted *pro hac vice*)   jonc@cuneolaw.com
Charles Barrett, P.C.                          joel@cuneolaw.com
6518 Highway 100, Suite 210                    kvandyck@cuneolaw.com
Nashville, TN 37205                            vicky@cuneolaw.com
Telephone:   (615) 515-3393
Facsimile:     (615) 515-3395
Email: charles@cfbfirm.com


Thomas P. Thrash (admitted *pro hac vice*)      Dewitt Lovelace
Marcus N. Bozeman                              Lovelace & Associates, P.A.
Thrash Law Firm, P.A.                          12870 US Hwy 98 West, Ste. 200
1101 Garland Street                            Miramar Beach, FL 32550
Little Rock, AR 72201                          Telephone: (850) 837-6020
Telephone: (501) 374-1058                      dml@lovelacelaw.com
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net


Shawn M. Raiter                                Phillip Duncan
Paul Sand                                      Richard Quintus
Larson • King, LLP                             Duncan Firm, P.A.
2800 Wells Fargo Place                         900 S. Shackleford, Suite 725
30 East Seventh Street                         Little Rock, AR 72211
St. Paul, MN 55101                             Telephone: (501) 228-7600
Telephone: (651) 312-6500                      phillip@duncanfirm.com
sraiter@larsonking.com                         richard@duncanfirm.com
psand@larsonking.com

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER;
Case No. 5:13-CV-01180-BLF

DCACTIVE-29344327.1

| | |
|---|---|
| 1 | Gerard V. Mantese |
| 2 | Mantese Honigman Rossman & Williamson, P.C. |
| 3 | 1361 E. Big Beaver Road Troy, Michigan 48083 |
| 4 | Telephone:    (248) 457-9200 Facsimile:    (248) 457-9201 |
| 5 | gmantese@manteselaw.com                    *Attorneys for IPPs and the Putative Class* |
| 6 | |
| 7 | Dated:  October 9, 2014                    CROWELL & MORING LLP |
| 8 |                                                  */s/ Beatrice B. Nguyen* |
| 9 | |
| 10 |                                                  Shari Ross Lahlou Beatrice B. Nguyen |
| 11 |                                                  Lucy Grace D. Noyola Attorneys for Defendant |
| 12 |                                                  E. I. DU PONT DE NEMOURS AND COMPANY |
| 13 | |
| 14 | Dated:  October 9, 2014                    VINSON & ELKINS LLP |
| 15 |                                                  */s/ James Arthur Reeder, Jr.* |
| 16 |                                                  James Arthur Reeder, Jr. |
| 17 |                                                  Erica L. Krennerich Attorneys for Defendant |
| 18 |                                                  HUNTSMAN INTERNATIONAL, LLC |
| 19 | |
| 20 | Dated:  October 9, 2014                    LOCKE LORD LLP |
| 21 |                                                  */s/ Paul Edward Coggins* |
| 22 |                                                  Paul Edward Coggins |
| 23 |                                                  Kelly Rothermel Vickers Attorneys for Defendant |
| 24 |                                                  KRONOS WORLDWIDE, INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

DCACTIVE-29344327.1

Dated:  October 9, 2014

ARNOLD AND PORTER LLP

/s/ James L. Cooper

James L. Cooper
Ryan Z. Watts
Noah L. Browne
Attorneys for Defendant
CRISTAL USA INC., FORMERLY KNOWN AS
MILLENNIUM INORGANIC CHEMICALS INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  October 9, 2014

CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

Beatrice B. Nguyen
Shari Ross Lahlou
Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  For good cause shown, the Case Management Conference scheduled for October 16, 2014, is hereby continued to November 20, 2014, at 1:30 p.m.  The parties shall file the Joint Case Management Conference Statement on or before November 13, 2014.  The plaintiffs will file their second amended complaint on or before October 14, 2014.

Dated: _____, 2014

_____
Hon. Beth Labson Freeman
United States District Judge

Crowell
& Moring LLP
Attorneys At Law

-4-

STIPULATION AND [PROPOSED] ORDER;
Case No. 5:13-CV-01180-BLF

DCACTIVE-29344327.1