**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-01180-BLF<br><br>**ORDER APPROVING THE PARTIES' STIPULATED REQUEST TO SET A BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; AND APPROVING IN PART THE PARTIES' STIPULATED REQUEST TO EXCEED PAGE LIMITS** |

　　　　The parties' stipulated request to set a briefing schedule on Defendants' motion to dismiss the second amended complaint is GRANTED:  Defendants' motion shall be filed on or before November 17, 2014, any opposition shall be filed on or before December 22, 2014, and any reply shall be filed on or before January 14, 2015.  The motion will be heard on February 5, 2015 at 9:00 a.m.

　　　　The parties' stipulated request to exceed page limits for briefing the motion to dismiss is GRANTED IN PART as follows:  the motion shall be no more than thirty pages in length, the opposition shall be no more than thirty pages in length, and the reply shall be no more than twenty pages in length.  Although the parties requested greater extensions of the page limits, they have not shown good cause for such request.  Based upon its familiarity with the case, the Court concludes that the extension of page limits granted herein is adequate.  Consistent with this Court's Standing Order Re Civil Cases and Civil Local Rule 3-4, all written text, including footnotes and quotations, shall be no less than 12-point type.

The parties' stipulated request to continue the Case Management Conference set for November 20, 2014 (and related deadlines) is GRANTED.  The Case Management Conference is hereby continued to February 19, 2015 at 1:30 p.m.  The parties shall file a joint Case Management Statement on or before February 12, 2015.

**IT IS SO ORDERED.**

Dated:  October 24, 2014

_____
BETH LABSON FREEMAN
United States District Judge