# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>   Defendants. | Case No. 13-cv-01180-BLF<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT UNDER SEAL** |

Plaintiffs have filed an administrative motion seeking to file certain portions of their Second Amended Class Action Complaint under seal, specifically, paragraphs 91, 100, 103-104, 106, 129, and 205.  *See* ECF 108.  Plaintiffs state that they do not believe that those paragraphs contain confidential information, but that Defendants asked Plaintiffs to seek to file the paragraphs under seal in order to protect any potential confidentiality.

Under Civil Local Rule 79-5(e)(1), Defendants were required to file a declaration within four days of Plaintiffs' filing of the administrative motion, establishing that the designated material is sealable.  Plaintiffs' administrative motion expressly articulated Defendants' burden of establishing that the designated material is subject to sealing.  Defendants did not file the required declaration (or any other response) within the time provided.  Accordingly, the administrative motion to seal is DENIED.

Under Civil Local Rule 79-5(e)(2), Plaintiffs may file the unredacted Second Amended Complaint no earlier than four days, and no later than ten days, after the filing of this order.

**IT IS SO ORDERED.**

Dated: October 24, 2014

_____
BETH LABSON FREEMAN
United States District Judge