Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Los Gatos Mercantile, Inc. et al )
                                 ) Case No: 5:13-cv-01180-E
                                 )
                    Plaintiff(s),) **APPLICATION FOR**
                                 ) **ADMISSION OF ATTORNEY**
          v.                     ) **PRO HAC VICE**
E.I. DuPont De Nemours and       ) (CIVIL LOCAL RULE 11-3)
Company et al                    )
                                 )
                    Defendant(s).)

I, Brian K. Herrington, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Los Gatos Mercantile, Inc et al in the above-entitled action. My local co-counsel in this case is Ben F. Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 927 | 1871 The Almeda, Suite 425 |
| Lexington, MS 39095 | San Jose, CA 95126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (662) 834-9168 | (408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bherrington@barrettlawgroup.com | pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10204.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/29/14                                            Brian K. Herrington
                                                           APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian K. Herrington is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: U&q à^¦ÁFÊÁGEFÍ                                     /s/ Beth Labson Freeman
                                                           UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER