Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
Pgore@Prattattorneys.Com

*Attorney for Plaintiffs And The Putative Class*

Jason M. Gonder (SBN 257522)
HAYNES AND BOONE, LLP
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801
Email: jason.gonder@haynesboone.com

*Attorney for Defendant
National Titanium Dioxide
Company Limited d/b/a/ Cristal*

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Case No. 5:13-cv-01180-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT NATIONAL TITANIUM DIOXIDE COMPANY LIMITED d/b/a/ CRISTAL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> [Civil L.R. 6-1, 6-2, 7-11, and 7-12] |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, this Stipulation and [Proposed] Order is entered into by and between Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Ace Hardware of South Walton, Inc.; Abbott Paint and Carpet, Inc.; Lexington Home Center, LLC; Proctor's Building Materials, Inc. d/b/a Proctors Do it Best Bldg Mtrl; Greene's

1 Hardware & Supply Company, Inc.; R.F. Cole, Inc. d/b/a Brewers Paint Center; The Carpet
2 Shoppe, Inc.; Columbare, Inc., d/b/a Everyday's True Value; Jan Harrison; Lee Ranalli; Morgan
3 Tanner; Spencer Hathaway; Todd Turley; Debbie Hale; Keli Anno; Deanna Deveney;
4 Christopher Kuon-Tsen Lee; Jim Buckingham; Tanda Saxton; John Wozniak; Jerome Sherman;
5 Beverly Jenkins; David Petersen; Tom Stever; Ransome Foose; Brian Bawol; and Stacy Franklin
6 (collectively "Plaintiffs"), and Defendant National Titanium Dioxide Company Limited d/b/a/
7 Cristal ("Cristal").

8    WHEREAS, Plaintiffs filed their Second Amended Class Action Complaint on October
9 14, 2014 naming Cristal as a defendant [Dkt. No. 109] (the "Second Amended Complaint");

10   WHEREAS, Cristal filed a motion to dismiss the Second Amended Complaint on
11 November 25, 2014 [Dkt. No. 124];

12   WHEREAS, the Court previously entered an order approving a briefing schedule
13 stipulated to by Plaintiffs and the remaining defendants in this matter on October 24, 2014 [Dkt.
14 No. 111];

15   WHEREAS, the parties agree and stipulate to the same briefing schedule for Cristal's
16 motion to dismiss the Second Amended Complaint;

17   WHEREAS, the remaining defendants' Joint Motion Dismiss [Dkt. No. 120] is scheduled
18 to be heard by this Court on February 5, 2015 at 9:00 a.m; and

19   WHEREAS, Cristal reserved and noticed its motion to dismiss to also be heard on
20 February 5, 2015 at 9:00 a.m.;

21   **IT IS HEREBY STIPULATED AND AGREED** that:

22   1.   Plaintiffs' opposition to Cristal's motion to dismiss will be due on December 22,
23 2014.

24

2. Cristal's reply in support of the motion to dismiss will be due on January 14, 2015.

3. Cristal's motion to dismiss will be heard by the Court on February 5, 2015.

Dated:  December 3, 2014                             PRATT & ASSOCIATES

*/s/ Ben F. Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:   (408) 369-0800
Facsimile:    (408) 369-0752
pgore@prattattorneys.com

| | |
|---|---|
| Don Barrett (admitted *pro hac vice*) | Jonathan W. Cuneo (admitted *pro hac vice*) |
| Barrett Law Group, P.A. | Joel Davidow (*pro hac vice* to be filed) |
| P.O. Box 927 | Katherine Van Dyck (admitted *pro hac vice*) |
| 404 Court Square | Victoria Romanenko (admitted *pro hac vice*) |
| Lexington, MS 39095 | 507 C Street, N.E. |
| Telephone: (662) 834-2488 | Washington, DC 20002 |
| dbarrett@barrettlawgroup.com | Telephone:   (202) 789-3960 |
| | Facsimile:    (202) 789-1813 |
| Charles F. Barrett  (admitted *pro hac vice*) | jonc@cuneolaw.com |
| Charles Barrett, P.C. | joel@cuneolaw.com |
| 6518 Highway 100, Suite 210 | kvandyck@cuneolaw.com |
| Nashville, TN 37205 | vicky@cuneolaw.com |
| Telephone:   (615) 515-3393 | |
| Facsimile:    (615) 515-3395 | |
| Email: charles@cfbfirm.com | |
| | |
| Thomas P. Thrash (admitted *pro hac vice*) | Dewitt Lovelace |
| Marcus N. Bozeman | Lovelace & Associates, P.A. |
| Thrash Law Firm, P.A. | 12870 US Hwy 98 West, Ste. 200 |
| 1101 Garland Street | Miramar Beach, FL 32550 |
| Little Rock, AR 72201 | Telephone: (850) 837-6020 |
| Telephone: (501) 374-1058 | dml@lovelacelaw.com |
| tomthrash@sbcglobal.net | |
| bozemanmarcus@sbcglobal.net | |
| | |
| Shawn M. Raiter | Phillip Duncan |
| Paul Sand | Richard Quintus |
| Larson • King, LLP | Duncan Firm, P.A. |
| 2800 Wells Fargo Place | 900 S. Shackleford, Suite 725 |

STIPULATION AND [PROPOSED] ORDER
REGARDING CRISTAL'S MOTION TO DISMISS
CASE NO. 5:13-CV-01180-BLF                                                                                                           Page 3

| | |
|---|---|
| 30 East Seventh Street | Little Rock, AR 72211 |
| St. Paul, MN 55101 | Telephone: (501) 228-7600 |
| Telephone: (651) 312-6500 | phillip@duncanfirm.com |
| sraiter@larsonking.com | richard@duncanfirm.com |
| psand@larsonking.com | |

Gerard V. Mantese
Mantese Honigman Rossman &
Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone:    (248) 457-9200
Facsimile:    (248) 457-9201
gmantese@manteselaw.com            *Attorneys for IPPs and the Putative Class*


Dated:  December 3, 2014            HAYNES AND BOONE, LLP

                                    By: */s/ Jason M. Gonder*
                                    Jason M. Gonder (SBN 257522)
                                    525 University Avenue, Suite 400
                                    Palo Alto, California 94301
                                    Phone: (650) 687-8800
                                    Fax: (650) 687-8801
                                    Email: jason.gonder@haynesboone.com

                                    Richard A. Ripley (admitted *pro hac vice*)
                                    800 17th Street, NW, Suite 500
                                    Washington, District of Columbia 20006
                                    Phone: (202) 654-4500
                                    Fax: (202) 654-4501
                                    Email: richard.ripley@haynesboone.com

                                    Timothy A. Newman (admitted *pro hac vice*)
                                    2323 Victory Avenue, Suite 700
                                    Dallas, Texas 75219
                                    Phone: (214) 651-5000
                                    Fax: (214) 651-5940
                                    Email: timothy.newman@haynesboone.com

                                    *Attorneys for Defendant National Titanium
                                    Dioxide Company Limited d/b/a Cristal*

STIPULATION AND [PROPOSED] ORDER
REGARDING CRISTAL'S MOTION TO DISMISS
CASE NO. 5:13-CV-01180-BLF                                        Page 4

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 3, 2014                     *s/ Ben F. Pierce Gore*
                                            Ben F. Pierce Gore

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Accordingly:

1. Plaintiffs' opposition to the motion to dismiss of Defendant National Titanium Dioxide Company Limited d/b/a/ Cristal ("Cristal") will be due on December 22, 2014;

2. Cristal's reply in support of its motion to dismiss will be due on January 14, 2015;

3. Cristal's motion to dismiss will be heard by the Court on February 5, 2015 at 9:00 a.m.

Dated: December __H__, 2014            _____
                                        Hon. Beth Labson Freeman
                                        United States District Judge