Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800
Facsimile:  (408) 369-0752
Pgore@Prattattorneys.Com

*Attorney for Plaintiffs And the Putative Class*

Beatrice B. Nguyen (CSB NO. 172961)
bbnguyen@crowell.com
Crowell & Moring LLP
275 Battery Street, 23RD Floor San Francisco, CA 94111
Telephone:    415.986.2800
Facsimile:    415.986.2827

*Attorneys for Defendant E. I. Du Pont De Nemours and Company*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| LOS GATOS MERCANTILE, INC. d/b/a LOS GATOS ACE HARDWARE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Case No. 5:13-cv-01180-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTIONS TO DISMISS** <br><br> [Civil L.R. 6-1, 6-2, 7-11, and 7-12] |

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, and 7-12, this Stipulation and [Proposed] Order is entered into by and between Plaintiffs Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Ace Hardware of South Walton, Inc.; Abbott Paint and Carpet, Inc.; Lexington Home Center, LLC; Proctor's Building Materials, Inc. d/b/a Proctors Do it Best Bldg Mtrl; Greene's Hardware & Supply Company, Inc.; R.F. Cole, Inc. d/b/a Brewers Paint Center; The Carpet Shoppe, Inc.; Columbare, Inc. d/b/a Everyday's True Value; Jan Harrison; Lee Ranalli; Morgan Tanner; Spencer Hathaway; Todd Turley; Debbie Hale; Keli Anno; Deanna Deveney; Christopher Kuon-Tsen Lee; Jim Buckingham; Tanda Saxton; John Wozniak; Jerome

Sherman; Beverly Jenkins; David Petersen; Tom Stever; Ransome Foose; Brian Bawol; and Stacy Franklin (collectively "Plaintiffs"); Defendants E.I. DuPont de Nemours and Company; Huntsman International, LLC; Kronos Worldwide, Inc.; and Millennium Inorganic Chemicals, Inc. (collectively "Defendants"); and Defendant National Titanium Dioxide Company Limited d/b/a/ Cristal ("Cristal").

WHEREAS, the Court previously scheduled Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint and Cristal's Motion to Dismiss to be heard on February 5, 2015 at 9:00 a.m.;

WHEREAS, Jonathan W. Cuneo, lead counsel for Plaintiffs, has the flu and could only travel from Washington, D.C. with difficulty and at the risk of infecting others;

WHEREAS, Katherine Van Dyck, Mr. Cuneo's colleague and co-counsel in this matter, is 31 weeks pregnant and also unable to travel from Washington, D.C. to attend the hearing;

WHEREAS, certain counsel for Defendants have scheduling conflicts prohibiting them from appearing at the previously scheduled case management conference on February 19, 2015;

WHEREAS, the parties agree and stipulate to continue the hearing on the pending motions to dismiss until May 7, 2015; and

WHEREAS, the parties agree to postpone the case management conference until a date following the agreed upon May 7, 2015 motions hearing.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The February 5, 2015 hearing on Defendants' Joint Motion to Dismiss and Cristal's Motion to Dismiss be vacated.

2. The February 19, 2015 case management conference be vacated.

3. Defendants' Joint Motion to Dismiss and Cristal's Motion to Dismiss will be heard by the Court on May 7, 2015.

Dated: February 4, 2015                           PRATT & ASSOCIATES

                                                  */s/ Ben F. Pierce Gore*
                                                  Ben F. Pierce Gore (SBN 128515)
                                                  1871 The Alameda, Suite 425

San Jose, California 95126
Telephone:   (408) 369-0800
Facsimile:    (408) 369-0752
pgore@prattattorneys.com

Don Barrett (admitted *pro hac vice*)
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com

Charles F. Barrett  (admitted *pro hac vice*)
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone:   (615) 515-3393
Facsimile:    (615) 515-3395
Email: charles@cfbfirm.com

Thomas P. Thrash (admitted *pro hac vice*)
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Shawn M. Raiter
Paul Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Joel Davidow (*pro hac vice* to be filed)
Katherine Van Dyck (admitted *pro hac vice*)
507 C Street, N.E.
Washington, DC 20002
Telephone:    (202) 789-3960
Facsimile:    (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com

Dewitt Lovelace
Lovelace & Associates, P.A.
12870 US Hwy 98 West, Ste. 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
dml@lovelacelaw.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

| | | |
|---|---|---|
| 1 | Gerard V. Mantese | |
| 2 | Mantese Honigman Rossman & Williamson, P.C. | |
| 3 | 1361 E. Big Beaver Road Troy, Michigan 48083 | |
| 4 | Telephone:    (248) 457-9200 Facsimile:     (248) 457-9201 | |
| 5 | gmantese@manteselaw.com | *Attorneys for IPPs and the Putative Class* |

Dated: February 4, 2015                *s/ Beatrice Nguyen*
                                        Beatrice Nguyen (CSB No. 172961)
                                        bbnguyen@crowell.com
                                        CROWELL & MORING LLP
                                        275 Battery Street, 23rd Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 986-2800
                                        Facsimile: (415) 986-2827

                                        Shari Ross Lahlou
                                        slahlou@crowell.com
                                        Lucy Grace D. Noyola
                                        lnoyola@crowell.com
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue NW
                                        Washington, DC 20004
                                        Telephone: (202) 624-2500
                                        Facsimile: (202) 628-5116

                                        Counsel for Defendant
                                        E.I. DU PONT DE NEMOURS AND
                                        COMPANY

Dated: February 4, 2015                */s/ James A. Reeder*
                                        James Arthur Reeder, Jr.
                                        jreeder@velaw.com
                                        Erica L. Krennerich
                                        ekrennerich@velaw.com
                                        VINSON & ELKINS LLP
                                        1001 Fannin Street, Suite 2500
                                        Houston, TX 77002
                                        Telephone: (713) 758-2202
                                        Facsimile: (713) 615-5947

                                        Counsel for Defendant
                                        HUNTSMAN INTERNATIONAL, LLC

Dated: February 4, 2015                *s/ Paul Edward Coggins*
                                        Paul Edward Coggins
                                        pcoggins@lockelord.com
                                        Kelly Rothermel Vickers
                                        kvickers@lockelord.com
                                        LOCKE LORD LLP
                                        2200 Ross Avenue, Suite 2200

|   |   |   |
|---|---|---|
| 1 |  | Dallas, TX 75201 |
| 2 |  | Telephone: (214) 740-8000 |
|   |  | Facsimile: (214) 740-8800 |
| 3 |  |   |
| 4 |  | Regina J. McClendon |
|   |  | rmcclendon@lockelord.com |
| 5 |  | 44 Montgomery Street, Suite 4100 |
|   |  | San Francisco, CA 94104-4815 |
| 6 |  | Telephone: (415) 318-8804 |
|   |  | Facsimile: (415) 676-5816 |
| 7 |  | Counsel for Defendant |
|   |  | KRONOS WORLDWIDE, INC. |

8  Dated: February 4, 2015            *s/ James Cooper*
                                      James Cooper
9                                     james.cooper@aporter.com
                                      Ryan Z. Watts
10                                    ryan.watts@aporter.com
                                      ARNOLD AND PORTER LLP
11                                    555 Twelfth Street NW
                                      Washington, DC 20004
12                                    Telephone: (202) 942-5000
                                      Facsimile: (202) 942-5999
13
                                      Robert D. Hallman (No. 239949)
14                                    rhallman@aporter.com
                                      ARNOLD AND PORTER LLP
15                                    3 Embarcadero Center, 10th Floor
                                      San Francisco, CA 94111
16                                    Telephone: (415) 471-3100
                                      Facsimile: (415) 471-3400
17
                                      Counsel for Defendant
18                                    CRISTAL USA INC., FORMERLY
                                      MILLENNIUM INORGANIC CHEMICALS,
19                                    INC.

20  Dated: February 4, 2015            HAYNES AND BOONE, LLP
21
                                       By: */s/ Jason M. Gonder*
22                                     Jason M. Gonder (SBN 257522)
                                       525 University Avenue, Suite 400
23                                     Palo Alto, California 94301
                                       Phone: (650) 687-8800
24                                     Fax: (650) 687-8801
                                       Email: jason.gonder@haynesboone.com
25

26                                     Richard A. Ripley (admitted *pro hac vice*)
                                       800 17th Street, NW, Suite 500
27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARINGS ON MOTION TO DISMISS
CASE NO. 5:13-CV-01180-BLF                                                Page 5

Washington, District of Columbia 20006
Phone: (202) 654-4500
Fax: (202) 654-4501
Email: richard.ripley@haynesboone.com

Timothy A. Newman (admitted *pro hac vice*)
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000
Fax: (214) 651-5940
Email: timothy.newman@haynesboone.com

*Attorneys for Defendant National Titanium Dioxide Company Limited d/b/a Cristal*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 4, 2015                            *s/ Ben F. Pierce Gore*
                                                              Ben F. Pierce Gore

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. Accordingly:

1. The hearing on Defendants' Joint Motion to Dismiss and Cristal's Motion to Dismiss currently scheduled for February 5, 2015 is hereby continued to May 7, 2015 at 9:00 a.m.

2. The case management conference currently scheduled for February 19, 2015 is hereby continued to May 21, 2015 at 1:30 p.m.

Dated: February 4, 2015

Hon. Beth Labson Freeman
United Stated District Judge