1    Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
     CROWELL & MORING LLP
2    3 Embarcadero Center, 26th Floor
     San Francisco, CA  94111
3    Telephone: 415.986.2800
     Facsimile: 415.986.2827

4

5    Shari Ross Lahlou (*Pro Hac Vice*, slahlou@crowell.com)
     CROWELL & MORING LLP
     1001 Pennsylvania Avenue, N.W.
6    Washington, DC 20004
     Telephone: 202.624.2500
7    Facsimile: 202.628.5116

8    Attorneys for Defendant
     E. I. DU PONT DE NEMOURS AND COMPANY
9

10               UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN JOSE DIVISION

13

| | |
|---|---|
| 14   JAN HARRISON, LEE RANALLI, MORGAN TANNER, SPENCER | Case No. 5:13-cv-01180-BLF |
| 15   HATHAWAY, TODD TURLEY, DEBBIE HALE, KELI ANNO, JOHN ZULLO, | **SETTLEMENT STATUS UPDATE** |
| 16   CHRISTOPHER KUON-TSEN LEE, JIM BUCKINGHAM, TANDA SAXTON, | |
| 17   JOHN WOZNIAK, JEROME SHERMAN, BEVERLY JENKINS, DAVID | |
| 18   PETERSEN, TOM STEVER, BRIAN BAWOL, RANSOME FOOSE and | |
| 19   STACY FRANKLIN, | |
| 20             Plaintiffs, | |
| 21       v. | |
| 22   E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN | |
| 23   INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM | |
| 24   INORGANIC CHEMICALS INC., | |
| 25         Defendants. | |

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

DCACTIVE-39252711.1

1    Pursuant to the Court's Order Requesting Status Update on or Before January 20, 2017

2    [Dkt. No. 202], Plaintiffs Jan Harrison, Lee Ranalli, Morgan Tanner, Spencer Hathaway, Todd

3    Turley, Debbie Hale, Keli Anno, John Zullo, Christopher Kuon-Tsen Lee, Jim Buckingham,

4    Tanda Saxton, John Wozniak, Jerome Sherman, Beverly Jenkins, David Petersen, Tom Stever,

5    Brian Bawol, Ransome Foose, and Stacy Franklin, and Defendants E. I. du Pont de Nemours and

6    Co., Huntsman International LLC, Kronos Worldwide, Inc., and Millennium Inorganic Chemicals

7    Inc. (collectively, the "Parties") submit the following update regarding the status of the Parties'

8    settlement agreement.

9    On December 1, 2016, the Parties reported to the Court that they were working on a

10   memorandum of understanding setting forth the principal terms of a resolution of this dispute,

11   such that the case management conference scheduled for December 8, 2016 was no longer

12   necessary.  [Dkt. No. 199.]  Upon stipulation of the Parties, the Court ordered that the case

13   management conference be taken off calendar [Dkt No. 200] and ordered the Parties to provide a

14   status update to the Court on or before January 20, 2017 [Dkt. No. 202].

15   The Parties subsequently finalized their memorandum of understanding, with all Parties

16   signing the memorandum of understanding by December 13, 2016.  Since that time, the Parties

17   have been working on the terms of the formal settlement agreement, and are currently exchanging

18   drafts of that agreement.  The Parties intend to seek the appropriate approvals from the Court

19   once they finalize the settlement agreement.

20   The Parties continue to agree that no further case management conference is required at

21   this time.  The Parties propose that they provide the Court with another status update no later than

22   March 1, 2017, if the Parties have not finalized the settlement agreement by that time.

23   Dated:  January 19, 2017                    CUNEO GILBERT & LADUCA, LLP

24

25                                               /s/ Jonathan W. Cuneo
                                                 Jonathan W. Cuneo (admitted *pro hac vice*)
26                                               Joel Davidow (*pro hac vice* to be filed)
                                                 Katherine Van Dyck (admitted *pro hac vice*)
27                                               Victoria Romanenko (admitted *pro hac vice*)
                                                 Cuneo Gilbert & LaDuca, LLP
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-39252711.1

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:     (202) 789-3960
Facsimile:     (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
vicky@cuneolaw.com

Don Barrett (admitted *pro hac vice*)
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com

Gerard V. Mantese
Mantese Honigman Rossman &
Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone:     (248) 457-9200
Facsimile:     (248) 457-9201
gmantese@manteselaw.com

Charles F. Barrett  (admitted *pro hac vice*)
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone:   (615) 515-3393
Facsimile:     (615) 515-3395
charles@cfbfirm.com

Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:   (408) 369-0800
Facsimile:   (408) 369-0752
pgore@prattattorneys.com

Thomas P. Thrash (admitted *pro hac vice*)
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Dewitt Lovelace
Lovelace & Associates, P.A.
12870 US Hwy 98 West, Ste. 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
dml@lovelacelaw.com

Shawn M. Raiter
Paul Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

*Attorneys for IPPs and the Putative Class*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

DCACTIVE-39252711.1

1

2

Dated:  January 19, 2017                             CROWELL & MORING LLP

3

4                                                                    */s/ Beatrice B. Nguyen*

5                                                                    Shari Ross Lahlou
                                                                      Beatrice B. Nguyen
6                                                                    Lucy Grace D. Noyola
                                                                      Attorneys for Defendant
7                                                                    E. I. DU PONT DE NEMOURS AND COMPANY

8

9     Dated:  January 19, 2017                             VINSON & ELKINS LLP

10                                                                   */s/ James Arthur Reeder, Jr.*

11                                                                   James Arthur Reeder, Jr.
12                                                                   Erica L. Krennerich
                                                                      Attorneys for Defendant
13                                                                   HUNTSMAN INTERNATIONAL, LLC

14

15    Dated:  January 19, 2017                             LOCKE LORD LLP

16                                                                   */s/ Paul Edward Coggins*

17                                                                   Paul Edward Coggins
18                                                                   Kelly Rothermel Vickers
                                                                      Attorneys for Defendant
19                                                                   KRONOS WORLDWIDE, INC.

20

21    Dated:  January 19, 2017                             ARNOLD AND PORTER LLP

22                                                                   */s/ James L. Cooper*

23                                                                   James L. Cooper
24                                                                   Ryan Z. Watts
                                                                      Sean M. Callagy
25                                                                   Attorneys for Defendant
                                                                      CRISTAL USA INC., FORMERLY KNOWN AS
26                                                                   MILLENNIUM INORGANIC CHEMICALS INC.

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

1

2

**ATTESTATION**

3       Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

4 filing of this document has been obtained from the other signatories.

5 Dated: January 19, 2017

6                                                   CROWELL & MORING LLP

7                                                   */s/ Beatrice B. Nguyen*

8                                                   Beatrice B. Nguyen
                                                    Shari Ross Lahlou
9                                                   Attorneys for Defendant
                                                    E. I. DU PONT DE NEMOURS AND COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

DCACTIVE-39252711.1