1   Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
    CROWELL & MORING LLP
2   3 Embarcadero Center, 26th Floor
    San Francisco, CA  94111
3   Telephone: 415.986.2800
    Facsimile: 415.986.2827
4
    Shari Ross Lahlou (*Pro Hac Vice*, slahlou@crowell.com)
5   CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
6   Washington, DC 20004
    Telephone: 202.624.2500
7   Facsimile: 202.628.5116

8   Attorneys for Defendant
    E. I. DU PONT DE NEMOURS AND COMPANY
9

**APPROVED**

*Beth Labson Freeman*

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   JAN HARRISON, LEE RANALLI,              Case No. 5:13-cv-01180-BLF
     MORGAN TANNER, SPENCER
15   HATHAWAY, TODD TURLEY, DEBBIE           **SETTLEMENT STATUS UPDATE**
     HALE, KELI ANNO, JOHN ZULLO,
16   CHRISTOPHER KUON-TSEN LEE, JIM
     BUCKINGHAM, TANDA SAXTON,
17   JOHN WOZNIAK, JEROME SHERMAN,
     BEVERLY JENKINS, DAVID
18   PETERSEN, TOM STEVER, BRIAN
     BAWOL, RANSOME FOOSE and
19   STACY FRANKLIN,

20                Plaintiffs,

21          v.

22   E. I. DU PONT DE NEMOURS AND
     COMPANY, HUNTSMAN
23   INTERNATIONAL LLC, KRONOS
     WORLDWIDE, INC., and MILLENNIUM
24   INORGANIC CHEMICALS INC.,

25                Defendants.

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-39252711.1

1       Pursuant to the Court's Order Requesting Status Update on or Before January 20, 2017

2  [Dkt. No. 202], Plaintiffs Jan Harrison, Lee Ranalli, Morgan Tanner, Spencer Hathaway, Todd

3  Turley, Debbie Hale, Keli Anno, John Zullo, Christopher Kuon-Tsen Lee, Jim Buckingham,

4  Tanda Saxton, John Wozniak, Jerome Sherman, Beverly Jenkins, David Petersen, Tom Stever,

5  Brian Bawol, Ransome Foose, and Stacy Franklin, and Defendants E. I. du Pont de Nemours and

6  Co., Huntsman International LLC, Kronos Worldwide, Inc., and Millennium Inorganic Chemicals

7  Inc. (collectively, the "Parties") submit the following update regarding the status of the Parties'

8  settlement agreement.

9       On December 1, 2016, the Parties reported to the Court that they were working on a

10  memorandum of understanding setting forth the principal terms of a resolution of this dispute,

11  such that the case management conference scheduled for December 8, 2016 was no longer

12  necessary.  [Dkt. No. 199.]  Upon stipulation of the Parties, the Court ordered that the case

13  management conference be taken off calendar [Dkt No. 200] and ordered the Parties to provide a

14  status update to the Court on or before January 20, 2017 [Dkt. No. 202].

15       The Parties subsequently finalized their memorandum of understanding, with all Parties

16  signing the memorandum of understanding by December 13, 2016.  Since that time, the Parties

17  have been working on the terms of the formal settlement agreement, and are currently exchanging

18  drafts of that agreement.  The Parties intend to seek the appropriate approvals from the Court

19  once they finalize the settlement agreement.

20       The Parties continue to agree that no further case management conference is required at

21  this time.  The Parties propose that they provide the Court with another status update no later than

22  March 1, 2017, if the Parties have not finalized the settlement agreement by that time.

23  Dated:  January 19, 2017         CUNEO GILBERT & LADUCA, LLP

24

25                     */s/ Jonathan W. Cuneo*
                        Jonathan W. Cuneo (admitted *pro hac vice*)

26                     Joel Davidow (*pro hac vice* to be filed)

27                     Katherine Van Dyck (admitted *pro hac vice*)
                        Victoria Romanenko (admitted *pro hac vice*)

28                     Cuneo Gilbert & LaDuca, LLP

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

DCACTIVE-39252711.1

4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:      (202) 789-3960
Facsimile:      (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
vicky@cuneolaw.com

Don Barrett (admitted *pro hac vice*)
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com

Gerard V. Mantese
Mantese Honigman Rossman &
Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone:    (248) 457-9200
Facsimile:      (248) 457-9201
gmantese@manteselaw.com

Charles F. Barrett  (admitted *pro hac vice*)
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN 37205
Telephone:   (615) 515-3393
Facsimile:     (615) 515-3395
charles@cfbfirm.com

Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:   (408) 369-0800
Facsimile:    (408) 369-0752
pgore@prattattorneys.com

Thomas P. Thrash (admitted *pro hac vice*)
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Dewitt Lovelace
Lovelace & Associates, P.A.
12870 US Hwy 98 West, Ste. 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
dml@lovelacelaw.com

Shawn M. Raiter
Paul Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

*Attorneys for IPPs and the Putative Class*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

DCACTIVE-39252711.1

1

2

3      Dated:  January 19, 2017                          CROWELL & MORING LLP

4                                                        /s/ Beatrice B. Nguyen

5                                                        Shari Ross Lahlou
                                                         Beatrice B. Nguyen
6                                                        Lucy Grace D. Noyola
                                                         Attorneys for Defendant
7                                                        E. I. DU PONT DE NEMOURS AND COMPANY

8

9      Dated:  January 19, 2017                          VINSON & ELKINS LLP

10                                                       /s/ James Arthur Reeder, Jr.

11                                                       James Arthur Reeder, Jr.
12                                                       Erica L. Krennerich
                                                         Attorneys for Defendant
13                                                       HUNTSMAN INTERNATIONAL, LLC

14

15     Dated:  January 19, 2017                          LOCKE LORD LLP

16                                                       /s/ Paul Edward Coggins

17                                                       Paul Edward Coggins
18                                                       Kelly Rothermel Vickers
                                                         Attorneys for Defendant
19                                                       KRONOS WORLDWIDE, INC.

20

21     Dated:  January 19, 2017                          ARNOLD AND PORTER LLP

22                                                       /s/ James L. Cooper

23                                                       James L. Cooper
24                                                       Ryan Z. Watts
                                                         Sean M. Callagy
25                                                       Attorneys for Defendant
                                                         CRISTAL USA INC., FORMERLY KNOWN AS
26                                                       MILLENNIUM INORGANIC CHEMICALS INC.

27

28

Crowell
& Moring LLP
Attorneys At Law

-3-

SETTLEMENT STATUS UPDATE;
Case No. 5:13-CV-01180-BLF

DCACTIVE-39252711.1

1

2

**ATTESTATION**

3        Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

4  filing of this document has been obtained from the other signatories.

5  Dated: January 19, 2017

6                                                          CROWELL & MORING LLP

7                                                          */s/ Beatrice B. Nguyen*

8                                                          Beatrice B. Nguyen
                                                           Shari Ross Lahlou
9                                                          Attorneys for Defendant
                                                           E. I. DU PONT DE NEMOURS AND COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-                    SETTLEMENT STATUS UPDATE;
                       Case No. 5:13-CV-01180-BLF
DCACTIVE-39252711.1