Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Shari Ross Lahlou (*Pro Hac Vice*, slahlou@crowell.com)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAN HARRISON, LEE RANALLI, MORGAN TANNER, SPENCER HATHAWAY, TODD TURLEY, DEBBIE HALE, KELI ANNO, JOHN ZULLO, CHRISTOPHER KUON-TSEN LEE, JIM BUCKINGHAM, TANDA SAXTON, JOHN WOZNIAK, JEROME SHERMAN, BEVERLY JENKINS, DAVID PETERSEN, TOM STEVER, BRIAN BAWOL, RANSOME FOOSE and STACY FRANKLIN,<br><br>        Plaintiffs,<br><br>        v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE, INC., and MILLENNIUM INORGANIC CHEMICALS INC.,<br><br>        Defendants. | Case No. 5:13-cv-01180-BLF<br><br>**FURTHER SETTLEMENT STATUS UPDATE** |

Pursuant to the Court's Order dated January 19, 2017 [Dkt. No. 206] approving the Parties' previous Settlement Status Update [Dkt. No. 205] (also filed on January 19, 2017), Plaintiffs Jan Harrison, Lee Ranalli, Morgan Tanner, Spencer Hathaway, Todd Turley, Debbie Hale, Keli Anno, John Zullo, Christopher Kuon-Tsen Lee, Jim Buckingham, Tanda Saxton, John Wozniak, Jerome Sherman, Beverly Jenkins, David Petersen, Tom Stever, Brian Bawol, Ransome Foose, and Stacy Franklin, and Defendants E. I. du Pont de Nemours and Co., Huntsman International LLC, Kronos Worldwide, Inc., and Millennium Inorganic Chemicals Inc. (collectively, the "Parties") submit the following further update regarding the status of the Parties' settlement.

Since filing their previous Update, the Parties have been negotiating the specific terms of their written settlement agreement. They are very close to reaching a final agreement on all terms, and anticipate that they will execute the written agreement in the next two to three weeks. The Parties hope to seek the Court's preliminary approval of the settlement sometime in April 2017.

The Parties continue to agree that no case management conference is required at this time.

Dated: March 1, 2017                             CUNEO GILBERT & LADUCA, LLP


*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo (admitted *pro hac vice*)
Joel Davidow (*pro hac vice* to be filed)
Katherine Van Dyck (admitted *pro hac vice*)
Victoria Romanenko (admitted *pro hac vice*)
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:   (202) 789-3960
Facsimile:   (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
vicky@cuneolaw.com

| | | |
|---|---|---|
| 1 | Don Barrett (admitted *pro hac vice*) | Gerard V. Mantese |
| 2 | Barrett Law Group, P.A.<br>P.O. Box 927 | Mantese Honigman Rossman &<br>Williamson, P.C. |
| 3 | 404 Court Square<br>Lexington, MS 39095 | 1361 E. Big Beaver Road<br>Troy, Michigan 48083 |
| 4 | Telephone: (662) 834-2488<br>dbarrett@barrettlawgroup.com | Telephone:   (248) 457-9200<br>Facsimile:    (248) 457-9201 |
| 5 | | gmantese@manteselaw.com |
| 6 | Charles F. Barrett (admitted *pro hac vice*) | Ben F. Pierce Gore (SBN 128515) |
| 7 | Charles Barrett, P.C.<br>6518 Highway 100, Suite 210 | 1871 The Alameda, Suite 425<br>San Jose, California 95126 |
| 8 | Nashville, TN 37205<br>Telephone:   (615) 515-3393 | Telephone:   (408) 369-0800<br>Facsimile:    (408) 369-0752 |
| 9 | Facsimile:    (615) 515-3395<br>charles@cfbfirm.com | pgore@prattattorneys.com |
| 10 | | |
| 11 | | |
| 12 | Thomas P. Thrash (admitted *pro hac vice*)<br>Marcus N. Bozeman | Dewitt Lovelace<br>Lovelace & Associates, P.A. |
| 13 | Thrash Law Firm, P.A.<br>1101 Garland Street | 12870 US Hwy 98 West, Ste. 200<br>Miramar Beach, FL 32550 |
| 14 | Little Rock, AR 72201<br>Telephone: (501) 374-1058 | Telephone: (850) 837-6020<br>dml@lovelacelaw.com |
| 15 | tomthrash@sbcglobal.net<br>bozemanmarcus@sbcglobal.net | |
| 16 | | |
| 17 | Shawn M. Raiter<br>Paul Sand | Phillip Duncan<br>Richard Quintus |
| 18 | Larson • King, LLP<br>2800 Wells Fargo Place | Duncan Firm, P.A.<br>900 S. Shackleford, Suite 725 |
| 19 | 30 East Seventh Street<br>St. Paul, MN 55101 | Little Rock, AR 72211<br>Telephone: (501) 228-7600 |
| 20 | Telephone: (651) 312-6500<br>sraiter@larsonking.com | phillip@duncanfirm.com<br>richard@duncanfirm.com |
| 21 | psand@larsonking.com | |
| 22 | | |
| 23 | | *Attorneys for IPPs and the Putative Class* |

| | |
|---|---|
| Dated: March 1, 2017 | CROWELL & MORING LLP |
| | */s/ Beatrice B. Nguyen* |
| | Shari Ross Lahlou<br>Beatrice B. Nguyen<br>Lucy Grace D. Noyola<br>Attorneys for Defendant<br>E. I. DU PONT DE NEMOURS AND COMPANY |
| Dated: March 1, 2017 | VINSON & ELKINS LLP |
| | */s/ James Arthur Reeder, Jr.* |
| | James Arthur Reeder, Jr.<br>Erica L. Krennerich<br>Attorneys for Defendant<br>HUNTSMAN INTERNATIONAL, LLC |
| Dated: March 1, 2017 | LOCKE LORD LLP |
| | */s/ Paul Edward Coggins* |
| | Paul Edward Coggins<br>Kelly Rothermel Vickers<br>Attorneys for Defendant<br>KRONOS WORLDWIDE, INC. |
| Dated: March 1, 2017 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | */s/ James L. Cooper* |
| | James L. Cooper<br>Ryan Z. Watts<br>Sean M. Callagy<br>Attorneys for Defendant<br>CRISTAL USA INC., FORMERLY KNOWN AS<br>MILLENNIUM INORGANIC CHEMICALS INC. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 1, 2017

CROWELL & MORING LLP

*/s/ Beatrice B. Nguyen*

Beatrice B. Nguyen
Shari Ross Lahlou
Attorneys for Defendant
E. I. DU PONT DE NEMOURS AND COMPANY