# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAN HARRISON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>E.I DUPONT DE NEMOURS AND COMPANY, et al.,<br><br>            Defendants. | Case No. 13-cv-01180-BLF<br><br>**ORDER REQUESTING FINAL STATUS REPORT UPON COMPLETION OF DISTRIBUTION OF SETTLEMENT PROCEEDS** |

On February 22, 2019, Plaintiffs filed a Notice of Post-Distribution Accounting in accordance with the Procedural Guidance for Class Action Settlements in this district. *See* ECF 238. The notice indicated that the value of checks which had been distributed to class members but not cashed exceeded $1.6 million. The Court requested a further status report re distribution of the settlement proceeds on or before May 1, 2019.

On May 1, 2019, Plaintiffs filed a Second Notice of Post-Distribution Accounting, advising the Court that the value of all outstanding, uncashed checks is $117,724. *See* ECF 240. Plaintiffs advise that if any checks remain unclaimed 190 days after distribution, the administrator will process the checks in accordance with state law for unclaimed property, as required under the Amended Settlement Agreement.

Plaintiffs shall file a final status report upon completion of the distribution process.

**IT IS SO ORDERED.**

Dated: May 2, 2019

_____
BETH LABSON FREEMAN
United States District Judge